IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.                                              CRIMINAL NO. 1:23-CR-69
                                                                                (KLEEH)

**CHRISTOPHER HARP,**

    **Defendant.**

## ORDER

For reasons appearing to the Court, the sentencing hearing in this matter is **GENERALLY CONTINUED** and will be rescheduled by separate order.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record, the Office of Probation, and the United States Marshals Service.

DATED: December 16, 2024

*Tom S Kleeh*
_____
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA