IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

   **v.**                                CRIMINAL NO. 1:23-CR-69
                                                    (KLEEH)

**CHRISTOPHER HARP,**

      **Defendant.**

## ORDER

An in-person status conference is **SCHEDULED** for **January 6, 2025,** at **3:00 p.m.**, at the **Clarksburg**, West Virginia, point of holding court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record, the Office of Probation, and the United States Marshals Service.

DATED: December 16, 2024

_____
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA