IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

  **v.**　　　　　　　　　　　　　　　　　　　CRIMINAL NO. 1:23-CR-69
　　　　　　　　　　　　　　　　　　　　　　　　　(KLEEH)
**CHRISTOPHER HARP,**

    **Defendant.**

### ORDER

For reasons appearing to the Court, the status conference on January 6, 2025, is **GENERALLY CONTINUED** and will be rescheduled by separate order.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record, the Office of Probation, and the United States Marshals Service.

DATED: January 3, 2025

_____
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA