IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    **v.**                                                    CRIMINAL NO. 1:23-CR-69
                                                                   (KLEEH)

**CHRISTOPHER HARP,**

    **Defendant.**

## ORDER

An in-person status conference is **SCHEDULED** for **January 15, 2025,** at **9:30 a.m.**, at the **Clarksburg**, West Virginia, point of holding court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record, the Office of Probation, and the United States Marshals Service.

DATED: January 3, 2025

_/s/ Tom S. Kleeh_
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA