

# AFFIDAVIT

I, Tom Gorgone, President and CEO of Forensic Security & Investigations, Inc., do hereby swear and affirm that the following information is true and accurate to the best of my knowledge:

1. I am a Board Certified Criminal Defense Investigator.
2. After Christopher Harp was convicted on April 25, 2024, on charges of receipt and possession of child pornography, I was retained by members of Christopher Harp's family to conduct a post-conviction investigation including but not limited to locating and interviewing Jeremy Harp, Christopher Harp's brother.
3. I located Jeremy Harp, who was homeless and residing in a homeless camp in Morgantown, West Virginia.
4. Jeremy Harp agreed to travel with me to the law office of J. Bryan Edwards, Esq., Christopher Harp's defense counsel.
5. On August 6, 2024, Jeremy Harp and I met with Mr. Edwards at his office in Morgantown, West Virginia. During the meeting, Jeremy Harp provided the following information to Mr. Edwards
    a. Jeremy Harp admitted that he set up the Hewlett Packard computer in question for Christopher Harp, including creating the password, which was never changed.
    b. Jeremy Harp stated that he occasionally used the Hewlett Packard computer while staying at Christopher Harp's home.
    c. Jeremy Harp confirmed that he assisted Christopher and Amy Harp in moving from a townhouse to the home of Amy Harp's parents and later assisted them in moving from Amy's parents' home to their residence on Bloody Run Road in Morgantown, West Virginia.
    d. Jeremy Harp stated that he occasionally stayed at Christopher and Amy Harp's home and had access to the residence when they were not present. He acknowledged entering the home during their absence.
    e. Despite these admissions, Jeremy Harp expressly denied being the individual responsible for downloading and viewing child pornography on the Hewlett Packard computer during the August 6, 2024, meeting.

6. Prior to the meeting with Mr. Edwards, Jeremy Harp told me that he had destroyed his personal computer. He explained that this was because someone had installed peer-to-peer software on the device. He stated that he traveled to Kentucky where he threw his laptop into the river in London, KY in order to destroy it, even after having sold the laptop to his father, Ron Harp. When I questioned him about his actions, Jeremy stated he did not want "them to know I had that software on my computer."

7. I have spoken with Jeremy Harp on three separate occasions. During each conversation, he admitted to me that he was responsible for downloading child pornography on Christopher Harp's Hewlett Packard computer. However, when I asked him to provide a written statement, he refused, stating that he did not want the FBI to connect him to the crime.

_____  _____
Tom Gorgone, CCDI                 Date  1/7/25

**STATE OF FLORIDA**

**COUNTY OF** Hendry

**TO WIT:**

On this 07th day of January 2025, **Tom Gorgone** did personally appeared before me and swore or affirmed that the information contained in the foregoing affidavit is true to the best of his recollection and belief. produced FL DL

_____
**Notary Public**

ANNA M. VARGAS
Notary Public-State of Florida
Commission # HH 300559
My Commission Expires
August 14, 2026

My commission expires: _____