

DEFENDANT'S EXHIBIT B

**Bryan Edwards**

---

| | |
|---|---|
| From: | Conklin, Jennie (USAWVN) <Jennie.Conklin@usdoj.gov> |
| Sent: | Tuesday, October 8, 2024 5:24 PM |
| To: | Bryan Edwards |
| Subject: | RE: US v. Harp - Defendant's Sentencing Memorandum |

Sorry for the delay in responding.

If you think you have important evidence, please do forward it to us.

However, please understand that Jeremy Harp's reported claim of responsibility (as you describe it below) is undermined by a wealth of evidence from the investigation – evidence introduced at trial, as well as equally incriminating evidence that the Court declined to admit and other evidence that we did not attempt to admit. We would also note that some of the testimony provided by the defendant and his wife render these claims implausible.

Jennifer T. Conklin
Assistant United States Attorney
United States Attorney's Office
Northern District of West Virginia
1125 Chapline Street, Suite 3000
Wheeling, WV 26003
Jennie.Conklin@usdoj.gov
Phone: (304) 234-7734
Fax: (304) 234-0111

**From:** Bryan Edwards <bedwards@cranstonedwards.com>
**Sent:** Tuesday, September 24, 2024 1:05 PM
**To:** Conklin, Jennie (USAWVN) <JConklin@usa.doj.gov>
**Subject:** [EXTERNAL] RE: US v. Harp - Defendant's Sentencing Memorandum

Jennie,

Just to give you a heads up. Jeremy Harp, Chris Harp's brother, just called me and said he is willing to make a video deposition confessing to being the individual who was responsible for downloading the pornography. He is homeless in KY, but I got a phone number from him. I am going to try to coordinate it. Bryan

J. Bryan Edwards, Esq.
CRANSTON & EDWARDS, PLLC
1200 Dorsey Ave., Suite II
Morgantown, WV 26501
Tel (304) 296-3500
Fax (304) 296-3600

**From:** Conklin, Jennie (USAWVN) <Jennie.Conklin@usdoj.gov>
**Sent:** Friday, August 23, 2024 11:46 AM

1