DEFENDANT'S EXHIBIT C

EXAMINATION UNDER OATH

OF

JEREMY HARP


Taken pursuant to Notice by Karissa Kross, a Court Reporter and Notary Public in and for the Commonwealth of Pennsylvania, Via Zoom, on Monday, December 16, 2024, beginning at 12:18 p.m.


Any reproduction of this transcript is prohibited without authorization by the certifying agency.

```
                                                    2
 1                    A P P E A R A N C E S

 2

 3    J. BRYAN EDWARDS, ESQUIRE

 4    Cranston & Edwards

 5    1200 Dorsey Avenue

 6    Morgantown, WV   26501

 7       Counsel for Jeremy Harp
```

3

I N D E X

WITNESS: JEREMY HARP

EXAMINATION

    By Attorney Edwards      6 - 11

CERTIFICATE      12

4

EXHIBIT PAGE

|  |  | PAGE |
|---|---|---|
| LETTER | DESCRIPTION | IDENTIFIED |
| Exhibit A | Driver's License | 7 |

Sargent's Court Reporting Service, Inc.
(814) 536-8908

```
                                                              5
1                         OBJECTION PAGE
2
3    ATTORNEY                                              PAGE
4                         NONE MADE
```

```
                                                          6
 1                P R O C E E D I N G S
 2    - - - - - - - - - - - - - - - - - - - - - - - - - - -
 3                   JEREMY HARP,
 4    CALLED AS A WITNESS IN THE FOLLOWING
 5    PROCEEDING, AND HAVING FIRST BEEN DULY
 6    SWORN, TESTIFIED AND SAID AS FOLLOWS:
 7                      - - -
 8    BY ATTORNEY EDWARDS:
 9    Q.      Jeremy, this is Brian Edwards.
10    You're at my office located 1200
11    Dorsey Avenue.  It's December 16th at
12    approximately 12:18 p.m.  I did not
13    expect you to come in today.  You did
14    not call and let me know you were
15    coming in today.
16            Is that correct?
17    A.      Yeah.
18    Q.      Okay.
19            Jeremy, do you have an ID on
20    you?
21    A.      Yeah.
22    Q.      All right.
23            Can you give that to one of my
24    secretaries so we can make that an
25    exhibit to this deposition?
```

7

1        We're gonna make a copy of
2   that, Jeremy, and it's going to be
3   attached as this exhibit --- as
4   Exhibit A.  Okay.
5                    - - -
6             (Whereupon, Deposition
7             Exhibit A, Driver's
8             License, was marked for
9             identification.)
10                   - - -
11  BY ATTORNEY EDWARDS:
12  Q.     Did you understand that?
13  A.     Yeah.
14  Q.     Okay.
15         Do you currently have a
16  physical home address?
17  A.     No.
18  Q.     Okay.
19         Jeremy, it's my understanding
20  you're willing --- you came in today
21  to give a statement regarding the
22  criminal case that I represented your
23  brother in federal court on three
24  counts of receipt of child pornography
25  and one count of possession of child

```
                                                    8
 1    pornography.
 2            Is that your understanding as
 3    to why you're here today?
 4    A.    Yeah.
 5    Q.    Okay.
 6            Jeremy, you and I have spoken
 7    before, and during that time, during
 8    those conversations, you indicated
 9    that you were the one who set up the
10    subject Hewlett Packard Computer and
11    set the password for Chris.
12            Is that correct?
13    A.    I mean, I don't remember any of
14    that because I'm having a lot of
15    trouble remembering it.
16    Q.    Okay.
17            Do you recall using that
18    computer throughout the years?
19    A.    Yeah.
20    Q.    Okay.
21            Did you use that computer at
22    the various places Chris lived
23    throughout the last seven to eight
24    years?
25    A.    I use his computer at his house
```

```
                                                    9
 1      and at his townhouse.
 2      Q.      Okay.
 3              Did you download child
 4      pornography and view it on that
 5      computer?
 6      A.      It wasn't for viewing.  It was
 7      to be used as a weapon.
 8      Q.      Okay.
 9              But you were the one who
10      actually downloaded it; is that
11      correct?
12              I'm sorry, I didn't hear an
13      answer.
14      A.      I said yes.
15      Q.      Okay.  I'm sorry.
16              And you did that on multiple
17      occasions?
18      A.      Yep.
19      Q.      To your knowledge, did Chris
20      --- was Chris ever aware that you
21      downloaded child pornography on that
22      computer?
23      A.      No.  No.
24      Q.      Is it your testimony --- do you
25      understand that you're confessing to
```

```
                                                         10
 1    being the individual who is
 2    responsible for downloading this
 3    pornography.
 4           Is that correct?
 5    A.    Yeah.
 6    Q.    And it wasn't your brother
 7    Chris who did this.
 8           Is that correct?
 9    A.    He did not do this.
10    Q.    You understand --- has anyone
11    promised you anything in return for
12    you making --- giving this confession
13    today?
14    A.    No.
15    Q.    Has anyone threatened you and
16    said that they would harm you or
17    someone you loved if you did not give
18    this confession?
19    A.    No.
20    Q.    You came in under your own free
21    will.
22           Is that correct?
23    A.    Yeah.
24    Q.    All right.
25           Mr. Harp, that's all the
```

```
                                                          11
 1    questions I have for you.  Thank you,
 2    sir.
 3    A.      I guess that's it.
 4    Q.      That's all.
 5            So we can go off the record.
 6
 7                *  *  *  *  *  *  *  *
 8    EXAMINATION CONCLUDED AT 12:22 P.M.
 9                *  *  *  *  *  *  *  *
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

12

1           CERTIFICATE

2

3       I hereby certify, as the stenographic
4   reporter, that the foregoing proceedings were
5   taken stenographically by me, and thereafter
6   reduced to typewriting by me or under my
7   direction; and that this transcript is a true
8   and accurate record to the best of my ability.
9   Dated the 18th day of December, 2024

10

11

12  _____
    Court Reporter
13    Karissa Kross