```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

   **v.**                                   **CRIMINAL NO. 1:23-CR-69**
                                                            **(KLEEH)**

**CHRISTOPHER HARP,**

      **Defendant.**

## ORDER

The Court convened a status conference on January 15, 2025. For the reasons discussed during the hearing, the Court **DIRECTS** the Government to file a response to *Defendant's Motion to Vacate Judgment and/or Grant a New Trial Pursuant to Rule 33 of the Federal Rules of Criminal Procedure* [ECF No. 97] on or before **January 24, 2025.** Any reply shall be filed on or before **February 14, 2025.**

An evidentiary hearing on the motion is **SCHEDULED** for **March 10, 2025, at 2:00 p.m.,** at the **Clarksburg,** West Virginia, point of holding court. Counsel shall file witness/exhibit lists for the hearing on or before **February 21, 2025.** If the parties believe that the Court should appoint counsel for any anticipated or potential witness at the hearing, the parties are **DIRECTED** to file, on or before **February 28, 2025,** a motion requesting appointment of counsel.

**ORDER**

---

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record, the Office of Probation, and the United States Marshals Service.

DATED: January 16, 2025

*Tom S Kleeh*
_____
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA