```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
                       AT CLARKSBURG

-------------------------------x
UNITED STATES OF AMERICA,      :
                               :
        Plaintiff,             :
                               : CRIMINAL ACTION NUMBER:
   vs.                         : 1:23-CR-69
                               :
CHRISTOPHER HARP,              :
                               :
        Defendant.             :
-------------------------------x
```

STATUS CONFERENCE PRIOR TO VOIR DIRE AND JURY SELECTION IN THE JURY TRIAL OF THE ABOVE-STYLED ACTION ON APRIL 23, 2024, BEFORE THE HONORABLE THOMAS S. KLEEH, CHIEF DISTRICT JUDGE

APPEARANCES:

FOR THE UNITED STATES OF AMERICA:

   Jennifer T. Conklin, Esq.
   U.S. Attorney's Office
   1125 Chapline Street, Suite 3000
   Wheeling, WV 26003
   jennie.conklin@usdoj.gov

   David J. Perri, Esq.
   U.S. Attorney's Office
   P.O. Box 591
   Wheeling, WV 26003
   david.perri@usdoj.gov

FOR THE DEFENDANT:

   J. Bryan Edwards, Esq.
   Cranston & Edwards, PLLC
   1200 Dorsey Avenue, Suite II
   Morgantown, WV 26501
   bedwards@cranstonedwards.com

The Defendant was present in person.

Proceedings recorded by mechanical stenography.
Transcript produced by computer-aided transcription.

                     Rachel Kocher, RPR/CRR
         500 West Pike Street, Clarksburg, WV 26301
                        (304) 623-7179

```
 1                                   April 23, 2024, 9:18 AM
 2       (In the magistrate courtroom with counsel and the
 3       Defendant present, without the prospective jurors.)
 4           THE COURT:  We convene for a status conference before
 5  we begin jury selection in trial of U.S. v. Harp.  Counsel is
 6  present, as is Mr. Harp.
 7       Counsel should have a copy of the Court's planned voir
 8  dire.  Any objections or concerns from the Government's
 9  perspective?
10           MR. PERRI:  No, Your Honor.
11           THE COURT:  All right.  Mr. Edwards, any concerns?
12           MR. EDWARDS:  No.  Sorry.
13           THE COURT:  That's all right.
14           MR. EDWARDS:  No objections to it, Your Honor.
15           THE COURT:  Okay.  All right.  Well, we'll proceed as
16  indicated there.
17       Any issues that we need to take up from the Government's
18  perspective?
19           MS. CONKLIN:  I don't -- I don't think any issues,
20  Your Honor.
21           THE COURT:  Okay.
22           MS. CONKLIN:  We do have some signed stipulations
23  that will be given to the Court.
24           THE COURT:  Okay.
25           MS. CONKLIN:  But other than that, that's pretty much
```

1   it.
2              THE COURT:  Okay.  Mr. Edwards, anything?
3              MR. EDWARDS:  Nothing from the Defendant, Your Honor.
4              THE COURT:  You guys want to talk about the
5   stipulations now, or do you want to --
6              MS. CONKLIN:  We can if the --
7              THE COURT:  -- save that?
8              MR. EDWARDS:  Yeah.
9              THE COURT:  Okay.  We've got a few minutes.  Let's go
10  ahead and be ahead of schedule for once.
11       Thank you, ma'am.
12       Okay.  All right.  So we've got seven.  Are these all
13  related to admissibility of exhibits?
14             MS. CONKLIN:  Yes, Your Honor.
15             THE COURT:  Okay.  All right.  Any preference on how
16  the Court shares these with the jury?  Maybe at the time the
17  exhibit is first announced or introduced?
18             MR. EDWARDS:  Yeah.  That's fine, Your Honor.
19             THE COURT:  Or we can do sort of an omnibus at the --
20  toward the end of the Government's case.  I've done it either
21  way.  I don't really have a strong preference.
22             MR. PERRI:  It'd probably be --
23             THE COURT:  I do like to tell the jury in case
24  they're wondering, because they're bracing for the TV aspect --
25             MS. CONKLIN:  Right.

1       THE COURT: -- of the formality of moving for the
2  admission of exhibits.
3       MR. EDWARDS: My preference is we do it as we go
4  along.
5       THE COURT: Okay.
6       MS. CONKLIN: Yeah.
7       THE COURT: Any objection to that?
8    Okay. We'll go ahead and do that as the exhibits that are
9  stipulated to. And I'll keep a list of those identified here.
10 As they're introduced, I'll interrupt and let the jury know
11 that -- whatever this -- I'll just read the stipulation and let
12 them know, of course, the stipulations will be brought back to
13 the jury room with them.
14    Okay. All right. Anything else? No?
15      MS. CONKLIN: Nothing from the Government.
16      THE COURT: Mr. Edwards?
17      MR. EDWARDS: Nothing from the Defendant.
18      THE COURT: Okay. Just a reminder our jury is
19 assembled in the courtroom down on two.
20    Mr. Harp, you and Mr. Edwards will enter through those
21 back double doors like you usually do and have a seat at the
22 table to the right. Just be mindful that our jurors are in
23 there. But we'll be ready to start at 9:30 with voir dire and
24 jury selection.
25      MR. EDWARDS: Thank you, Your Honor.

1            THE COURT:  Okay.  We'll see everyone downstairs here
2    in a few moments.  Thank you.
3         (Proceedings concluded at 9:21 AM.)

Rachel Kocher, RPR/CRR
500 West Pike Street, Clarksburg, WV 26301
(304) 623-7179

```
 1                      CERTIFICATE

 2

 3     I, Rachel Kocher, a Registered Professional Reporter and
 4  Official Reporter of the United States District Court for the
 5  Northern District of West Virginia, do hereby certify that the
 6  foregoing is a true and correct transcript of the proceedings
 7  had in the above-styled action as reported by me
 8  stenographically, all to the best of my skill and ability.
 9     I certify that the transcript fees and format comply with
10  those prescribed by the Court and the Judicial Conference of
11  the United States.
12     Given under my hand this 16th day of January 2025.
```

*Rachel Kocher*
_____
Rachel Kocher, RPR/CRR