UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

           **Plaintiff,**

**v.**                                                          **Case No. 1:23-CR-69**

**CHRISTOPHER HARP,**

           **Defendant.**

### MOTION FOR APPOINTMENT OF COUNSEL FOR JEREMY R. HARP

Comes now, J. Bryan Edwards, counsel for Defendant Christopher Harp and moves this court for an appointment of counsel for Jeremy R. Harp. Counsel has requested a subpoena be issued to Jeremy Harp for his testimony at the hearing scheduled for March 10, 2025 at 2:00 p.m., and requests that Jeremy Harp be provided with legal counsel for the same. Upon information and belief, Jeremy Harp is currently being held at the North Central Regional Jail pending a hearing in Monongalia County Magistrate Court.

                                        Respectfully submitted,
                                        Defendant,
                                        By counsel

                                        /s/   J. Bryan Edwards
                                        J. Bryan Edwards, (WV State Bar # 6886)
                                        CRANSTON & EDWARDS, PLLC
                                        1200 Dorsey Ave., Suite II
                                        Morgantown, WV 26501
                                        Phone: (304) 296-3500
                                        bedwards@cranstonedwards.com

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

                **Plaintiff,**

**v.**                                                          Case No. 1:23-CR-69

**CHRISTOPHER HARP,**

                **Defendant.**

## CERTIFICATE OF SERVICE

I, J. Bryan Edwards, do hereby certify that on the 7th day of February, 2025, I filed the foregoing *"Motion for Appointment of Counsel for Jeremy R. Harp",* via the CM/ECF filing system which will send electronic notice of the same to the following counsel of record:

        Jennifer T. Conklin, Esq.
        DOJ-USAO
        1125 Chapline Street, Ste. 3000
        Wheeling, WV 26003

        *United States Attorney*

                                          /s/ J. Bryan Edwards
                                          J. Bryan Edwards (W. Va. Bar # 6886)
                                          *Counsel for Plaintiff*