AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| CHRISTOPHER HARP | ) Case No. 1:23-CR-69 |
| Defendant | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: JEREMY HARP
c/o North Central Regional Jail
1 Lois Lane
Greenwood, WV 26415

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States District Court<br>500 W. Pike Street<br>Clarksburg, WV 26301 | Courtroom No.: | Judge Kleeh |
|---|---|---|---|
| | | Date and Time: | 03/10/2025 2:00 pm |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: 2/3/2025

**Cheryl Dean Riley**
CLERK OF COURT

*J. Barr*
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* ____Christopher Harp____ , who requests this subpoena, are:

J. Bryan Edwards, Esq.
CRANSTON & EDWARDS, PLLC
1200 Dorsey Ave., Ste. II
Morgantown, WV 26501
Tel: (304) 296-3500
bedwards@cranstonedwards.com

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 1:23-CR-69

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named person as follows: Jeremy Haff
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2/20/25

_____
Cpl. Ryan [signature]
*Server's signature*

Cpl. Ryan Thomas
*Printed name and title*

99 Court St, West Union, WV 26456
*Server's address*

Additional information regarding attempted service, etc: