```
        IN THE UNITED STATES DISTRICT COURT
     FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**UNITED STATES OF AMERICA,**

       Plaintiff,

   v.                                             CRIMINAL NO. 1:23-CR-69
                                                                  (KLEEH)

**CHRISTOPHER HARP,**

       Defendant.

### ORDER

For reasons appearing to the Court, the evidentiary hearing currently scheduled for March 10, 2025, is **GENERALLY CONTINUED**. The Court **SCHEDULES** a hearing for **Monday, March 10, 2025, at 2:00 p.m.,** to take up defense counsel's forthcoming motion to withdraw.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record, including any counsel appointed for witnesses in this matter.

DATED: March 7, 2025

*/s/ Tom S. Kleeh*
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA