**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG**

**UNITED STATES OF AMERICA**
    **Plaintiff**

**v.**                                                                      **Case No: 1:23-CR-69**

**CHRISTOPHER HARP,**
    **Defendant.**

## MOTION TO WITHDRAW AS COUNSEL AND FOR THE APPOINTMENT OF SUBSTITUTE COUNSEL

**COMES NOW** the undersigned counsel, J. Bryan Edwards, Esq., and respectfully requests permission from this Court to withdraw as counsel for the Defendant pursuant to Rules 1.16 and 3.7 of the Rules of Professional Conduct, and for the appointment of substitute counsel. In support of this motion, counsel states as follows:

1. **Communication of Withdrawal**: Counsel has communicated to the Defendant his intention to withdraw from representation and provided the Defendant with the reasons for such withdrawal. Defendant is in agreement with the reasons provided and does not oppose the withdraw of the undersigned as his counsel.

2. **Reason for Withdraw and Prior Understanding**: The undersigned believes that he is a necessary witness for the Defendant in the previously scheduled evidentiary hearing. As such, the undersigned is prohibited from representing the Defendant at such hearing. In addition, the undersigned believes there are grounds for his withdraw pursuant to Rule 1.16 of the Rules of Professional Conduct. Moreover, prior to the beginning of trial, undersigned counsel informed the Defendant and his family that, in the event of a conviction, counsel would not

continue to represent the Defendant on appeal. This understanding was acknowledged and agreed to by the Defendant.

3. **Reason for Withdrawal**: While undersigned counsel had intended to continue representing the Defendant through sentencing, circumstances have arisen that necessitate counsel's withdrawal from representation at this time.

4. **Defendant's Request for Appointment of New Counsel**: As the Defendant is currently incarcerated and indigent, the Defendant requests that new counsel be appointed to represent him moving forward.

**WHEREFORE**, based on the foregoing, the undersigned respectfully requests that this Court permit counsel to withdraw as the Defendant's attorney of record and that substitute counsel be appointed to represent the Defendant.

    Respectfully submitted,

    CHRISTOPHER HARP,

    By Counsel.


    /s/   J. Bryan Edwards
    J. Bryan Edwards, Esq.
    WV State Bar No. 6886
    Cranston & Edwards, PLLC
    1200 Dorsey Ave, Suite II
    Morgantown, WV 26501
    (304) 296-3500
    (304) 296-3600 (fax)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# CLARKSBURG

**UNITED STATES OF AMERICA**
  **Plaintiff**

v.                                                          Case No: 1:23-CR-69

**CHRISTOPHER HARP,**
  **Defendant.**

## CERTIFICATE OF SERVICE

I, J. Bryan Edwards, do hereby certify that on the 7th day of March, 2025, I filed the foregoing *"Moton to Withdraw as Counsel",* via the CM/ECF filing system which will send electronic notice of the same to the following counsel of record:

Jennifer T. Conklin, Esq.
DOJ-USAO
1125 Chapline Street, Ste. 3000
Wheeling, WV 26003

*United States Attorney*


  /s/ J. Bryan Edwards
 J. Bryan Edwards (W. Va. Bar # 6886)
 *Counsel for Defendant*