IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

  v.                              CRIMINAL NO. 1:23-CR-69
                                            (KLEEH)

**CHRISTOPHER HARP,**

    **Defendant.**

### ORDER

For reasons discussed on the record, the *Motion to Withdraw as Counsel and for the Appointment of Substitute Counsel* [ECF No. 118] is **GRANTED**. The Public Defender's Office is **DIRECTED** to appoint new counsel for Defendant. As soon as new counsel enters an appearance, the Clerk is **DIRECTED** to **TERMINATE** J. Bryan Edwards as counsel of record.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record and the Public Defender's Office.

DATED: March 10, 2025

                                                    /s/ Tom S. Kleeh
                                        THOMAS S. KLEEH, CHIEF JUDGE
                                        NORTHERN DISTRICT OF WEST VIRGINIA