IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES

v.                                                              Criminal Action No 1:23CR69

CHRISTOPHER HARP,

    Defendant.

## ORDER APPOINTING CJA PANEL ATTORNEY AS COUNSEL

Appointment of counsel is made pursuant to the provisions of 18 U.S.C.§ 3006A. The appointment is contingent upon defendant submitting a CJA-23 financial form and, a finding made by the Court that defendant is deemed indigent and entitled to said appointment of counsel.

Accordingly, pursuant to the provisions of 18 U.S.C. §3006A(b) and the Criminal Justice Act Plan for the Northern District of West Virginia as adopted by Order dated October 31, 2017, Craig Erhard of P.O. Box 1653, Fairmont, WV, Telephone (304)368-1196, is hereby appointed to represent the defendant in this action from the date of the entry of this order to conclusion as defined under 18 U.S.C.§ 3006A(c).

The Clerk is directed to forward a copy of this Order to the defendant, the Office of the Federal Public Defender, CJA panel counsel herein appointed to represent defendant, United States Attorney, United States Probation, and the United States Marshal's Office.

It is so **ORDERED**.

Dated:  March 11, 2025

                                                MICHAEL J. ALOI
                                                UNITED STATES MAGISTRATE JUDGE