IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

  v.                                          **CRIMINAL NO. 1:23-CR-69**
                                                       **(KLEEH)**

**CHRISTOPHER HARP,**

      **Defendant.**

### ORDER DENYING MOTION AND SCHEDULING SENTENCING

For reasons appearing to the Court, Defendant's pending motion to vacate judgment and/or grant a new trial [ECF No. 97] is **DENIED WITHOUT PREJUDICE,** with leave to refile. The sentencing hearing in this matter is **SCHEDULED** for **June 9, 2025,** at **10:00 a.m.,** at the **Clarksburg,** West Virginia, point of holding court.

The Court **ORDERS** that prior to sentencing, counsel for Defendant review with him the revised Standard Probation and Supervised Release Conditions adopted by this Court on November 29, 2016, pursuant to the standing order entered by Chief Judge Groh, In Re: Revised Standard Probation and Supervised Release Conditions, 3:16-MC-56. The Office of Probation and the United States are **DIRECTED** to sit at separate tables throughout the hearing.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record, the Office of Probation, and the United States Marshals Service.

DATED: March 11, 2025

*Tom S Kleeh*
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA