IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

**UNITED STATES OF AMERICA,**

    **PLAINTIFF,**

v.                                      **CASE NO.: 1:23-CR-69**
                                         **HON. THOMAS KLEEH**

**CHRISTOPHER HARP,**

    **DEFENDANT.**

## MOTION TO CONTINUE SENTENCING HEARING

Comes now counsel for the Defendant, Christopher Harp, and moves this Honorable Court to continue the sentencing hearing currently scheduled for June 9, 2025 at 10:00a.m. This motion is based upon the following facts and circumstances:

1. As the Court is aware, undersigned counsel for Defendant Harp suffered an unexpected retinal detachment in late March and underwent multiple laser and cryo procedures on the retinas in both eyes, ultimately culminating in a vitrectomy with endolaser on the right eye.

2. Undersigned counsel still has compromised vision, which has complicated work due to the challenges and inefficiencies associated therewith; however, the undersigned is expected to improve and even return to normal within the coming months.

3. Undersigned counsel's next evaluation with the ophthalmologist is scheduled for June 4, 2025.

4. Undersigned counsel has conferred with Assistant United States Attorney, Jennifer Conklin, who has indicated she does not object to the continuance sought herein.

5.      In accordance with Local Rules the following three alternative hearing dates are hereby tendered and pre-approved by Ms. Conklin:

    a.      August 13, 2025;

    b.      August 20, 2025;

    c.      August 27, 2025.

WHEREFORE, undersigned counsel respectfully requests that this Honorable Court grant the instant motion.

Respectfully submitted this 15th day of May 2025.

          /s/ Craig P. Erhard
Craig P. Erhard (W.Va. Bar No.: 8177)
LAW OFFICES OF CRAIG P. ERHARD, PLLC
W.Va. Bar ID No.: 8177
P.O. Box 1653
Fairmont, West Virginia 26554
(304) 368-1196
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA   )<br>                                                            )<br>    vs.                                                     )<br>                                                            )   Criminal No. 1:23-CR-69<br> CHRISTOPHER HARP                          )<br>                                                            )<br>    Defendant                                       ) | |

CERTIFICATE OF SERVICE

I hereby certify that I am this day serving a true and correct copy of the foregoing document by sending the same __X__ via CM/ECF electronic filing, ___ via facsimile to the clerk of court for the Northern District of West Virginia at: (304) _____.

Dated:  5/15/25

/s/ Craig P. Erhard
Craig P. Erhard, Esq.
Attorney for Defendant