IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.                                                        CRIMINAL NO. 1:23-CR-69
                                                                  (KLEEH)

**CHRISTOPHER HARP,**

    **Defendant.**

### ORDER GENERALLY CONTINUING HEARING

For reasons appearing to the Court, the sentencing hearing is **GENERALLY CONTINUED** and will be rescheduled by separate order. If counsel for Defendant believes that the hearing should be rescheduled for a date prior to August 18, 2025, counsel is **DIRECTED** to file a motion to reschedule the hearing. If the motion is granted, the hearing will take place at the Wheeling, West Virginia, point of holding court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record, the Office of Probation, and the United States Marshals Service.

DATED: May 21, 2025

                                               THOMAS S. KLEEH, CHIEF JUDGE
                                               NORTHERN DISTRICT OF WEST VIRGINIA