**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

    **v.**                            **CRIMINAL NO. 1:23-CR-69
(KLEEH)**

**CHRISTOPHER HARP,**

       **Defendant.**

**ORDER DENYING MOTION FOR ENTRY OF
PRELIMINARY ORDER OF FORFEITURE [ECF NO. 125]**

Upon consideration of the grounds set forth in the motion for entry of preliminary order of forfeiture, the motion is **DENIED** [ECF No. 125].

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: May 28, 2025

*Tom S Kleeh*
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA