IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

v.                                               Criminal No. 1:23CR69
                                                    (Chief Judge Kleeh)

CHRISTOPHER HARP,

       Defendant.

**Motion of the United States for
Entry of Preliminary Order of Forfeiture
Initiating the Ancillary Proceeding
<u>For Third-Parties To Contest Forfeiture</u>**

       The United States requests the Court to enter a preliminary order of forfeiture. In support of this motion, the United States asserts:

       1.       Rule 32.2(b)(1)(A) mandates the entry of a preliminary order of forfeiture after a verdict of guilty on any count in an Indictment regarding which criminal forfeiture is sought. One of the purposes of a preliminary order of forfeiture is to enable third parties to assert an interest in specific property. *U.S. v. Yeje-Cabrera*, 430 F.3d 1, 15 (1st Cir. 2005) ("third persons with an interest in the property subject to forfeiture must . . . wait to petition the court to begin ancillary proceedings until the forfeiture order has been entered"). We show below that this case includes property subject to forfeiture.

       2.       On November 7, 2023, the grand jury returned an Indictment charging that the defendant violated Title 18, United States Code, Section 2252A. The Forfeiture Allegation in the Information contains notice to the defendant that the government intends to forfeit property in this criminal case.

       3.       Title 18, United States Code, Section 2253 mandates forfeiture of any visual depiction described in Section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title

18, any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110 of Title 18, any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, and any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from a violation of Title 18, United States Code, Section 2252A.

4. On April 25, 2024, the defendant was convicted of Title 18, United States Code, Section 2252A.

5. At trial, the parties stipulated to the forfeiture of the following property:

- HP Pavilion dv5-1150us Laptop, Serial No. CNF8452J3Q [CATS ID: 24-FBI-001714].

6. Accordingly, the United States asks that a preliminary order of forfeiture be entered.

        Respectfully submitted,

        Randolph J. Bernard
        Acting United States Attorney

By:    s/ Morgan S. McKee
        Morgan S. McKee
        Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of May 2025, I have electronically filed the attached documents with the Clerk of the Court using the CM/ECF system, to be served upon counsel of record.

        Randolph J. Bernard
        Acting United States Attorney

By:    /s/ Morgan S. McKee
       Morgan S. McKee
       WV Bar No. 12669
       Assistant United States Attorney
       United States Attorney's Office
       1125 Chapline Street, Suite 3000
       Wheeling, WV 26003
       Phone: (304) 234-0100
       morgan.mckee@usdoj.gov