IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

**UNITED STATES OF AMERICA,**

      **PLAINTIFF,**

**v.**                                                            **CASE NO.: 1:23-CR-69**
                                                                     **HON. THOMAS KLEEH**

**CHRISTOPHER HARP,**

      **DEFENDANT.**

## MOTION TO CONTINUE SENTENCING HEARING

      Comes now counsel for the Defendant, Christopher Harp, and moves this Honorable Court to continue the sentencing hearing currently scheduled for November 13, 2025 at 10:00a.m. This motion is based upon the following facts and circumstances:

      1.      The defense continues to work to flesh out an evidentiary issue revealed from its investigation into this matter with an eye toward revisiting the Rule 33 motion [ECF No. 97] previously filed by attorney Bryan Edwards.

      2.      Undersigned counsel is attempting to schedule a visit with Defendant at NEOCC for a consultation on this issue, but is experiencing difficulty reaching the scheduling personnel at that facility.

      3.      Defendant will be unable to petition the Court to reconsider said motion – or to be heard thereon – before the currently scheduled date for sentencing.

      4.      Undersigned counsel has conferred with Assistant United States Attorney, Jennifer Conklin, who has indicated she does not object to the continuance sought herein.

      5.      In accordance with Local Rules the following three alternative hearing dates are

hereby tendered and pre-approved by attorney Conklin:

    a.      January 26, 2026;

    b.      January 27, 2026;

    c.      January 28, 2026.

WHEREFORE, undersigned counsel respectfully requests that this Honorable Court grant the instant motion.

Respectfully submitted this 13th day of October 2025.

                        /s/ Craig P. Erhard
                      Craig P. Erhard (W.Va. Bar No.: 8177)
                      LAW OFFICES OF CRAIG P. ERHARD, PLLC
                      W.Va. Bar ID No.: 8177
                      P.O. Box 1653
                      Fairmont, West Virginia 26554
                      (304) 368-1196
                      Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.   ) | |
| )  | Criminal No. 1:23-CR-69 |
| CHRISTOPHER HARP ) | |
| ) | |
| Defendant ) | |

CERTIFICATE OF SERVICE

I hereby certify that I am this day serving a true and correct copy of the foregoing document by sending the same __X__ via CM/ECF electronic filing, ___ via facsimile to the clerk of court for the Northern District of West Virginia at: (304) _____.

Dated: __10/13/25__

/s/ Craig P. Erhard
Craig P. Erhard, Esq.
Attorney for Defendant