IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                              Crim. Action No. 1:23-CR-69

**CHRISTOPHER HARP,**

    **Defendant.**

## ORDER GRANTING MOTION TO CONTINUE SENTENCING HEARING

Pending before the Court is Defendant's unopposed motion to continue the sentencing hearing. ECF No. 133. For good cause, the Motion is **GRANTED**. The sentencing hearing in this matter is **CONTINUED** until **January 26, 2026,** at **12:30 p.m.,** at the **Clarksburg, West Virginia,** point of holding court.

The Court **ORDERS** that prior to sentencing, counsel for Defendant review with him the revised Standard Probation and Supervised Release Conditions adopted by this Court on November 29, 2016, pursuant to the standing order entered by Chief Judge Groh, <u>In Re: Revised Standard Probation and Supervised Release Conditions</u>, 3:16-MC-56. The Office of Probation and the United States are **DIRECTED** to sit at separate tables throughout the hearing.

It is so **ORDERED**.

**ORDER GRANTING MOTION TO CONTINUE SENTENCING HEARING**

The Clerk is directed to transmit copies of this Order to counsel of record, the Office of Probation, and the United States Marshals Service.

**DATED:** October 14, 2025

*/s/ Tom S. Kleeh*
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA