# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# AT CLARKSBURG

**UNITED STATES OF AMERICA,**

        **PLAINTIFF,**

**v.**                                     **CASE NO.: 1:23-CR-69**
                                            **HON. THOMAS KLEEH**

**CHRISTOPHER HARP,**

        **DEFENDANT.**

## MOTION TO REFILE "DEFENDANT'S MOTION TO VACATE JUDGMENT AND/OR GRANT A NEW TRIAL PURSUANT TO RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE" [DE 97]

       Comes now counsel for the Defendant, Christopher Harp, by counsel, Craig P. Erhard and moves this Honorable Court to permit the refiling of "Defendant's Motion to Vacate Judgment And/or Grant a New Trial Pursuant to Rule 33 of the Federal Rules of Criminal Procedure" [DE 97]. Said motion was previously denied without prejudice, with leave to refile. *See* "Order Denying Motion And Scheduling Sentencing" [DE 124]. This motion is based upon the following facts and circumstances:

       1.      Undersigned counsel previously moved this Honorable Court for a continuance of Defendant's sentencing, which was granted on October 15, 2025 [DE 133], in order to refile the aforementioned Rule 33 motion previously filed by former counsel for Defendant, Bryan Edwards.

       2.      The Order granting Defendant's motion to continue sentencing rescheduled Defendant's sentencing hearing for January 26, 2026 at 12:30p.

3.      Undersigned counsel has reviewed the record in this matter including, but not limited to attorney Bryan Edwards' aforementioned Rule 33 motion.

4.      Likewise, undersigned counsel has, for months, conferred with Defendant's private investigator, Tom Gorgone, who was retained privately by Defendant's family prior to undersigned counsel's appointment.

5.      Mr. Gorgone has been undergoing treatment for cancer for some time and has recently communicated that he is now scheduled to undergo surgery, and will be unavailable for several more months.

6.      Therefore, undersigned counsel moves herein to revive and refile the aforementioned Rule 33 motion as previously filed by attorney Edwards on Defendant's behalf and hereby incorporates said motion herein with exhibits as filed January 8, 2025. [DE 97].

WHEREFORE, undersigned counsel respectfully requests that this Honorable Court grant the instant motion.

Respectfully submitted this 11th day of December 2025.

**CHRISTOPHER HARP**
By Counsel

   /s/ Craig P. Erhard
Craig P. Erhard (W.Va. Bar No.: 8177)
LAW OFFICES OF CRAIG P. ERHARD, PLLC
W.Va. Bar ID No.: 8177
P.O. Box 1653
Fairmont, West Virginia 26554
(304) 368-1196
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA    )
    )
    vs.    )
    )    Criminal No. 1:23-CR-69
CHRISTOPHER HARP    )
    )
    Defendant    )

CERTIFICATE OF SERVICE

I hereby certify that I am this day serving a true and correct copy of the foregoing document by sending the same __X__ via CM/ECF electronic filing, ___ via facsimile to the clerk of court for the Northern District of West Virginia at: (304) _____.

Dated: _12/11/25_

/s/ Craig P. Erhard_____
Craig P. Erhard, Esq.
Attorney for Defendant