IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

    **v.**　　　　　　　　　　　　　　　　　**CRIMINAL NO. 1:23-CR-69**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**(KLEEH)**

**CHRISTOPHER HARP,**

      **Defendant.**

## ORDER

    Defendant has moved to refile his renewed motion to vacate judgment and/or grant a new trial. For good cause, the motion is **GRANTED** [ECF No. 135]. The Court **DIRECTS** the Clerk to reopen the renewed motion [ECF No. 97]. The renewed motion is fully briefed, and the parties have already filed their witness and exhibit lists. The Court **SCHEDULES** an evidentiary hearing on the renewed motion for **January 8, 2026, at 2:30 p.m.**, at the **Clarksburg** point of holding court.

    It is so **ORDERED.**

    The Clerk is directed to transmit copies of this Order to counsel of record, including any counsel appointed for witnesses in this matter.

    DATED: December 12, 2025

                                              THOMAS S. KLEEH, CHIEF JUDGE
                                             NORTHERN DISTRICT OF WEST VIRGINIA