**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG**

**UNITED STATES OF AMERICA,**

   **PLAINTIFF,**

**v.**                                                    **CASE NO.: 1:23-CR-69**
                                                         **HON. THOMAS KLEEH**

**CHRISTOPHER HARP,**

   **DEFENDANT.**

## MOTION TO CONTINUE EVIDENTIARY HEARING ON MOTION FOR NEW TRIAL

Comes now counsel for Defendant, Christopher Harp, and moves this Honorable Court to continue the evidentiary hearing currently scheduled for January 8, 2026 at 2:30p.m. This motion is based upon the following facts and circumstances:

1.      Undersigned counsel will be out of the country on a previously arranged trip at the time of the evidentiary hearing and will return January 12, 2026.

2.      Undersigned counsel has conferred with Assistant United States Attorney, Jennifer Conklin, who has indicated she does not object to the continuance sought herein and notes that she will be in trial January 20-22, 2026 and has hearings between January 12-26 due to said trial, but is available on the following dates set forth below.

3.      Undersigned counsel has likewise conferred with Jeremy Harp's counsel who has indicated he does not object to the continuance sought herein, and is available on the following dates set forth below.

4.      In accordance with Local Rules the following three alternative hearing dates are hereby tendered and pre-approved by counsel:

a.      January 23, 2026;

b.      January 27, 2026;

c.      January 29, 2026.

5.      Finally, counsel is mindful that Mr. Harp's sentencing is currently scheduled for January 26, 2026 and hereby consents to a continuance of that date to the extent it is necessitated by the instant motion, or to otherwise accommodate the Court's schedule.

6.      Undersigned counsel intends to subpoena Jeremy Harp and has been advised that he could be located outside this jurisdiction, which would likely require additional time for service by the United States Marshall Service.

WHEREFORE, undersigned counsel respectfully requests that this Honorable Court grant the instant motion to continue Defendant's evidentiary hearing and sentencing hearing.

Respectfully submitted this 19th  day of December 2025.


_____/s/ Craig P. Erhard_____
Craig P. Erhard (W.Va. Bar No.: 8177)
LAW OFFICES OF CRAIG P. ERHARD, PLLC
W.Va. Bar ID No.: 8177
P.O. Box 1653
Fairmont, West Virginia 26554
(304) 368-1196
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA          )
                                  )
        vs.                       )
                                  )        Criminal No.: 1:23-CR-69
CHRISTOPHER HARP                  )
                                  )
        Defendant                 )

CERTIFICATE OF SERVICE

I hereby certify that I am this day serving a true and correct copy of the foregoing document by sending the same __X__ via CM/ECF electronic filing, ___ via facsimile to the clerk of court for the Northern District of West Virginia at: (304) _____.

Dated: _12/19/25_

/s/ Craig P. Erhard_____
Craig P. Erhard, Esq.
Attorney for Defendant