IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

  **v.**                                        CRIMINAL NO. 1:23-CR-69
                                                             (KLEEH)

**CHRISTOPHER HARP,**

    **Defendant.**

## ORDER

For good cause, Defendant's *Motion to Continue Evidentiary Hearing on Motion for New Trial* is **GRANTED** [ECF No. 137]. The evidentiary hearing is **CONTINUED** until **January 26, 2026**, at **12:30 p.m.**, at the **Clarksburg** point of holding court. The sentencing hearing is **GENERALLY CONTINUED** and will be rescheduled by separate order.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record, including any counsel appointed for witnesses in this matter; the Office of Probation; and the United States Marshals Service.

DATED: December 22, 2025

*/s/ Thomas S. Kleeh*
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA