IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.                                      CRIMINAL NO. 1:23-CR-69
                                                          (KLEEH)

**CHRISTOPHER HARP,**

    **Defendant.**

### ORDER GRANTING MOTION FOR ISSUANCE AND SERVICE BY UNITED STATES MARSHALS SERVICE [ECF NO. 140]

On December 29, 2025, the defendant filed a motion asking the Court to authorize the United States Marshals Service ("USMS") to serve a subpoena upon a witness in anticipation of the evidentiary hearing scheduled for January 26, 2026 [ECF No. 140]. For good cause, the Court **GRANTS** the defendant's motion and **DIRECTS** the USMS to serve the subpoena described.

It is so **ORDERED**.

The Clerk shall transmit copies of this Order to counsel of record and all appropriate agencies.

DATED: December 29, 2025

*Tom S Kleeh*
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA