```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

  v.                                            **CRIMINAL NO. 1:23-CR-69**
                                                              **(KLEEH)**

**CHRISTOPHER HARP,**

       **Defendant.**

### ORDER DENYING MOTIONS AT MOOT [ECF NOS. 144, 146]

An evidentiary hearing is scheduled for January 26, 2026. The United States Marshals Service served a subpoena upon fact witness Jeremy Harp to compel his appearance at the hearing. Defendant filed two motions asking for transportation and funding assistance with respect to Jeremy Harp's attendance at the hearing. The Court has since been informed that Jeremy Harp no longer requires the Court's assistance. Accordingly, the two pending motions are **DENIED** [ECF Nos. 144, 146].

    It is so **ORDERED.**

    The Clerk is directed to transmit copies of this Order to counsel of record, including counsel representing Jeremy Harp, and the United States Marshals Service.

    DATED: January 20, 2026

                                            /s/ Thomas S. Kleeh
                                            THOMAS S. KLEEH, CHIEF JUDGE
                                            NORTHERN DISTRICT OF WEST VIRGINIA