IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

v.  Criminal Action No. 1:23-CR-69
(Judge Kleeh)

CHRISTOPHER HARP,
         Defendants.

### UNITED STATES' MOTION FOR LEAVE FOR WITNESS TO APPEAR AT EVIDENTIARY HEARING VIA ZOOM

Now comes the United States of America, by Matthew L. Harvey, United States Attorney for the Northern District of West Virginia, by Jennifer T. Conklin, Assistant United States Attorney for said District, and hereby requests that this Court enter an order allowing Special Agent Cory Thigpen to appear at the January 26, 2026 Evidentiary Hearing via Zoom. In support of this motion, the United States states as follows:

1. Christopher Harp's evidentiary hearing regarding his motion for new trial based on newly discovered evidence is currently set for January 26, 2026 at 12:30pm.

2. Special Agent Thigpen, of the Federal Bureau of Investigation was the lead agent in this case. Agent Thigpen has since transferred to the Charlotte, North Carolia field office of the FBI. The drive from Charlotte North Carolina to Clarksburg West Virginia is approximately 6 hours. As such, Agent Thigpen intended to travel to Clarksburg on Sunday, January 25, 2026.

3. According to the National Weather Service, Winter Storm Fern will be moving into the area from Saturday into early Monday morning, causing hazardous travel conditions. The Charlotte North Carolina area and parts of Virginia, where Agent Thigpen would be traveling

1

through, will be receiving freezing rain, ice and snow. (https://weather.com/storms/winter/news/2026-01-21-winter-storm-fern-ice-snow-forecast-south-northeast-midwest)

4. Given the extreme weather forecast and hazardous conditions for travel it poses, the United States respectfully requests this Court to permit Agent Thigpen to testify via Zoom. Defense counsel has no objection to Agent Thigpen appearing via Zoom.

    Respectfully submitted,

    MATTHEW L. HARVEY
    UNITED STATES ATTORNEY

    */s/ Jennifer T. Conklin*
    Jennifer T. Conklin
    Assistant United States Attorney
    WV Bar Number: 14122
    United States Attorney's Office
    1125 Chapline Street, Suite 3000
    Wheeling, West Virginia 26003

## CERTIFICATE OF SERVICE

I, Jennifer T. Conklin, Assistant United States Attorney for the Northern District of West Virginia, hereby certify that the foregoing UNITED STATES' MOTION FOR LEAVE FOR WITNESS TO APPEAR AT EVIDENTIARY HEARING VIA ZOOM was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

Dated: January 21, 2026

                By:    /s/ *Jennifer T. Conklin*_____
                        Jennifer T. Conklin
                        Assistant United States Attorney
                        WV Bar Number: 14122
                        United States Attorney's Office
                        1125 Chapline Street, Suite 3000
                        Wheeling, West Virginia 26003
                        Telephone: (304) 234-0100
                        Fax: (304) 234-0111
                        Jennie.Conklin@usdoj.gov