```
                IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**UNITED STATES OF AMERICA,**

       Plaintiff,

v.                              // CRIMINAL ACTION NO. 1:23-CR-69
                                            (Judge Kleeh)

**CHRISTOPHER HARP,**

       Defendants.

**ORDER GRANTING MOTION FOR WITNESS TO APPEAR BY VIDEO**

Pending before the Court is the *United States' Motion for Leave for Witness to Appear at Evidentiary Hearing Via Zoom.* ECF No. 148. Defense counsel does not object to the motion. Id. For reasons stated therein, the Court **GRANTS** the motion. Agent Thigpen, witness for the United States, may appear to the evidentiary hearing using the Zoom information below:

    **By Video**
    https://www.zoomgov.com/j/1615393258?pwd=RytYTGFhejlLTy9VRHFNVThnZ3o1QT09
    Meeting ID: 161 539 3258
    Passcode: 476312

    **By Telephone**
    +1 646 828 7666 US (New York)
    +1 551 285 1373 US
    Meeting ID: 161 539 3258
    Passcode: 476312
    It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record, the Office of Probation, and the United States Marshals Service.

DATED: January 22, 2026

*[signature: Tom S Kleeh]*
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA