IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

**UNITED STATES OF AMERICA,**

      **PLAINTIFF,**

v.                                               CASE NO.: 1:23-CR-69
                                                   HON. THOMAS KLEEH

**CHRISTOPHER HARP,**

      **DEFENDANT.**

## NOTICE OF INTENT TO APPEAL

Comes now counsel for Defendant, Christopher Harp, and hereby communicates his intent to appeal to the Fourth Circuit Court of Appeals from the conviction, judgment, order, or decision entered against him including his denial of motion for new trial and his judgment and sentencing order.[1]

WHEREFORE, Defendant respectfully requests that this Honorable Court accept the instant Notice and initiate appropriate procedures to facilitate his appeal.

Respectfully submitted this 3rd day of March 2026.

                                                      /s/ Craig P. Erhard
                                                  Craig P. Erhard (W.Va. Bar No.: 8177)
                                                  LAW OFFICES OF CRAIG P. ERHARD, PLLC
                                                  W.Va. Bar ID No.: 8177
                                                  P.O. Box 1653
                                                  Fairmont, West Virginia 26554
                                                  (304) 368-1196
                                                  Attorney for Defendant

---

[1] Undersigned counsel has lost contact with Mr. Harp since his sentencing hearing and, therefore, the intent of this Notice is to broadly preserve his appellate rights.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | Criminal No.: 1:23-CR-69 |
| CHRISTOPHER HARP ) | |
| ) | |
| Defendant ) | |

CERTIFICATE OF SERVICE

I hereby certify that I am this day serving a true and correct copy of the foregoing document by sending the same __X__ via CM/ECF electronic filing, ___ via facsimile to the clerk of court for the Northern District of West Virginia at: (304) _____.

Dated: __03/03/26__

/s/ Craig P. Erhard
Craig P. Erhard, Esq.
Attorney for Defendant