FILED: March 4, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-4122
(1:23-cr-00069-TSK-MJA-1)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

CHRISTOPHER HARP

    Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Northern District of West Virginia at Clarksburg |
| Originating Case Number | 1:23-cr-00069-TSK-MJA-1 |
| Date notice of appeal filed in originating court: | 03/03/2026<br>03/03/2026 |
| Appellant(s) | Christopher Harp |
| Appellate Case Number | 26-4122 |
| Case Manager | R. Phillips<br>804-916-2702 |